IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF OREGON

WRICKEY L. MOSLEY,                                    CV. 09-297-MO

           Plaintiff,                                 ORDER

      v.

MARK NOOTH, et al.,

           Defendants.

MOSMAN, District Judge.

     On December 3, 2009, plaintiff filed a Motion for Summary Judgment (#21).  A party submitting a written motion to the court is required to serve the motion "upon each of the parties" to the lawsuit.  Fed. R. Civ. P. 5(a). Petitioner's Motion does not include a certificate of service.  Based upon the lack of a certificate of service, coupled with the lack of any response from respondent, the court is left to conclude that petitioner failed to serve a copy of his Motion on counsel for respondent.  As a result, plaintiff's Motion for Summary Judgment (#21) is DENIED without prejudice.

1 - ORDER

All pretrial, discovery, and dispositive motions remain due by March 1, 2010.

IT IS SO ORDERED.

DATED this __12__ day of January, 2010.

                              __/s/Michael W. Mosman__
                                Michael W. Mosman
                                United States District Judge